Jan L. Kahn, SBN 055788
Ann M. Grottveit, SBN 256349
KAHN, SOARES & CONWAY, LLP
219 No. Douty Street
Hanford, CA  93230
Telephone:  (559) 584-3337
Facsimile:  (559) 584-3348
e-mail:  jkahn@kschanford.com
         agrottveit@kscsacramento.com

Attorneys for Plaintiff,
ANDREW SMITH COMPANY

*E-FILED - 3/26/09*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>  Defendants. | Case No. 5:08-CV-04802-RMW<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, that the Initial Case Management Conference currently scheduled for March 27, 2009, at 10:30 a.m. in Courtroom 6, be continued to a date at least 45 days after.

Said continuance is necessary based on the fact that defendants Steve Church, Thomas Church, Church Brothers, LLC., True Leaf Farms, LLC and David Gill currently have scheduled a Motion to Dismiss on March 20, 2009.

Further continuance is necessary based on the fact that a number of defendants have not yet appeared in the action. A 45-day continuance will allow these defendants to appear and counsel to adequately meet and confer regarding initial disclosures, early settlement, ADR and a discovery plan pursuant to FRCiv.P. 26(f) and ADR L.R. 3-5.

Dated: March 9, 2009                        KAHN, SOARES & CONWAY, LLP


                                            By: _____/S/_____
                                                Jan L. Kahn
                                                Ann M. Grottveit
                                                Attorneys for Plaintiff ANDREW SMITH
                                                COMPANY


Dated: March __, 2009                       ANASTASSIOU & ASSOCIATES



                                            By: _____
                                                Effie F. Anastassiou
                                                Attorneys for Defendants PAUL'S PAK, INC.,
                                                SALVADOR PAUL TARANTINO, PAUL S.
                                                TARANTINO and JOHN L. SIMMONS, and
                                                Counterclaimant, PAUL'S PAK, INC.


Dated: March __, 2009                       SMITHERS LAW FIRM



                                            By: _____
                                                Edward W. Smithers

                                                And

                                                Stephen McCarron

1  Said continuance is necessary based on the fact that defendants Steve Church, Thomas
2  Church, Church Brothers, LLC., True Leaf Farms, LLC and David Gill currently have scheduled a
3  Motion to Dismiss on March 20, 2009.

   Further continuance is necessary based on the fact that a number of defendants have not yet
   appeared in the action. A 45-day continuance will allow these defendants to appear and counsel to
   adequately meet and confer regarding initial disclosures, early settlement, ADR and a discovery plan
   pursuant to FRCiv.P. 26(f) and ADR L.R. 3-5.

Dated: March 9, 2009                          KAHN, SOARES & CONWAY, LLP


                                              By: _____
                                                  Jan L. Kahn
                                                  Ann M. Grottveit
                                                  Attorneys for Plaintiff ANDREW SMITH
                                                  COMPANY


Dated: March 11, 2009                         ANASTASSIOU & ASSOCIATES


                                              By: _____ /for/
                                                  Effie F. Anastassiou
                                                  Attorneys for Defendants PAUL'S PAK, INC.,
                                                  SALVADOR PAUL TARANTINO, PAUL S.
                                                  TARANTINO and JOHN L. SIMMONS, and
                                                  Counterclaimant, PAUL'S PAK, INC.


Dated: March __, 2009                         SMITHERS LAW FIRM


                                              By: _____
                                                  Edward W. Smithers

                                              And

Said continuance is necessary based on the fact that defendants Steve Church, Thomas Church, Church Brothers, LLC., True Leaf Farms, LLC and David Gill currently have scheduled a Motion to Dismiss on March 20, 2009.

Further continuance is necessary based on the fact that a number of defendants have not yet appeared in the action. A 45-day continuance will allow these defendants to appear and counsel to adequately meet and confer regarding initial disclosures, early settlement, ADR and a discovery plan pursuant to FRCiv.P. 26(f) and ADR L.R. 3-5.

Dated: March 9, 2009                                KAHN, SOARES & CONWAY, LLP


By: _____
Jan L. Kahn
Ann M. Grottveit
Attorneys for Plaintiff ANDREW SMITH COMPANY


Dated: March __, 2009                               ANASTASSIOU & ASSOCIATES


By: _____
Effie F. Anastassiou
Attorneys for Defendants PAUL'S PAK, INC., SALVADOR PAUL TARANTINO, PAUL S. TARANTINO and JOHN L. SIMMONS, and Counterclaimant, PAUL'S PAK, INC.


Dated: March 10th, 2009                             SMITHERS LAW FIRM


By: _____
Edward W. Smithers

And

MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC  20016

Attorneys for Defendants,
CHURCH BROTHERS, LLC, TRUE LEAF FARMS, LLC, THOMAS CHURCH, STEVE CHURCH and DAVID GILL

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the initial case management conference scheduled for March 27, 2009, at 10:30 a.m. is continued to May 15, 2009, at 10:30 a.m. in Courtroom 6.

DATED: __3/26/09_____      _Ronald M. Whyte_____
HONORABLE RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)