Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

*E-FILED - 4/30/09*

Attorneys for Defendants,
Paul's Pak, Inc., Salvador Paul Tarantino;
Paul S. Tarantino, and John L. Simmons, Only,
and for Counterclaimant Paul's Pak, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

ANDREW SMITH COMPANY, a general partnership

      Plaintiff,

v.

PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,

      Defendants.

_____

PAUL'S PAK, INC., a California corporation,

      Counterclaimant,

v.

PREMIUM FRESH FARMS, LLC, a California limited liability company; CHURCH BROTHERS, LLC, a California limited liability company; TRUE LEAF FARMS, LLC, a California limited liability company,

      Counterdefendants.

Case No.:    **5:08-CV-04802-RMW**

**STIPULATION AND ORDER TO TAKE CHURCH BROTHERS, LLC'S AND TRUE LEAF FARMS, LLC'S MOTION TO DISMISS OFF CALENDAR**

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW    1

Stipulation & Order Re: Motion To Dismiss

WHEREAS, on February 6, 2009, Defendants PAUL'S PAK, INC.; SALVADOR PAUL TARANTINO ; PAUL S. TARANTINO ; and JOHN L. SIMMONS in the above referenced matter filed their ANSWER (the "Answer") to Plaintiff ANDREW SMITH COMPANY'S ("Plaintiff Andrew Smith") Amended Complaint for Violation of the Perishable Agricultural Commodities Act, together with Counterclaimant PAUL'S PAK, INC.'s Counterclaim (the "Counterclaim"), naming PREMIUM FRESH FARMS, LLC; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC as Counterdefendants.

WHEREAS, on March 24, 2009, Defendants and Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC filed their Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion To Dismiss"), wherein they sought to dismiss various causes of action in the Counterclaim. The hearing on the Motion to Dismiss is currently scheduled for May 15, 2009 in this Court.

WHEREAS, on April 20, 2009, Plaintiff Andrew Smith filed its <u>Second</u> Amend Complaint for Violation of the Perishable Agricultural Commodities Act ("Plaintiff's Second Amended Complaint").

WHEREAS, Counterclaimant PAUL'S PAK, INC. intends to amend the Answer And Counterclaim in light of the new allegations and facts included in Plaintiff's Second Amended Complaint.

WHEREAS, Counterclaimant PAUL'S PAK, INC. and Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC agree to take the pending Motion To Dismiss off calendar, and also agree that Counterdefendants reserve their right to reassert or re-file their Motion To Dismiss upon review of Counterclaimant PAUL'S PAK, INC.'s amended Answer and Counterclaim.

WHEREAS, the parties named above believe that it is in the best interest of judicial economy to take the Motion To Dismiss off calendar at this time.

THEREFORE, IT IS HEREBY STIPULATED by and between Counterclaimant PAUL'S PAK, INC. and Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC, by and through their respective attorneys of record, that the Motion To Dismiss, currently scheduled for hearing on May 15, 2009, be taken off calendar, and that Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC reserve their right to reassert or re-file their Motion To Dismiss upon review of Counterclaimant PAUL'S PAK, INC.'s amended Answer and Counterclaim.

//

//

DATED: April 22, 2009

ANASTASSIOU & ASSOCIATES

By: _____
Effie Anastassiou, Esq.,
Attorneys for Defendants,
PAUL'S PAK INC., SALVADOR PAUL
TARANTINO; PAUL S. TARANTINO; JOHN L.
SIMMONS, Only, and for Counterclaimant PAUL'S
PAK INC.

DATED: April 24, 2009.

SMITHERS LAW FIRM

By: _____
Edward W. Smithers, Esq.,

and

Stephen P. McCarron, Esq.
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016

Attorneys for Defendants,
CHURCH BROTHERS, LLC; TRUE LEAF
FARMS, LLC; THOMAS CHURCH; STEVE
CHURCH and DAVID GILL., and
Counterdefendants CHURCH BROTHERS, LLC and
TRUE LEAF FARMS, LLC.

//

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Motion To Dismiss, currently scheduled for hearing on May 15, 2009, be taken off calendar, and that Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC reserve their right to reassert or re-file their Motion To Dismiss upon review of Counterclaimant PAUL'S PAK, INC.'s amended Answer and Counterclaim.

Date: 4/30/09

*Ronald M. Whyte*

Honorable Ronald M. Whyte,
Judge of the United States District Court
Northern District of California
(San Jose Division)

F:\TIN\Andy Smith Litigation\StipMotionDismiss\StipMotionDismiss.wpd

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW

4

Stipulation & Order Re: Motion To Dismiss