IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>Plaintiff,<br><br>v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMIT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>Defendants. | No. C-08-04802 RMW<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PARTY<br><br>**[Re Docket No. 62]** |

In this court's March 20, 2009 order granting a motion to dismiss, the court noted that defendant Paul's Pak, Inc. ("Old Paul's Pak") was currently listed by the California Secretary of State as a "dissolved" corporation. Old Paul's Pak and defendant Salvador Tarantino ("Tarantino") now move to substitute a newly formed corporate entity, also called Paul's Pak, Inc. ("New Paul's Pak"), for Old Paul's Pak. No opposition has been filed. For the following reasons, the court grants the motion.

When the instant complaint was filed on October 21, 2008, Old Paul's Pak was a California corporation in good standing. Tarantino Decl. ¶ 2. Around December 31, 2008, Tarantino submitted two certificates to the California Secretary of State in order to dissolve Old Paul's Pak, a "Domestic Stock Corporation Certificate of Dissolution" and a "Domestic Stock Corporation Certificate of Election to Wind Up and Dissolve." *Id.* ¶ 3; Ex. A. On January 10, 2009, the California Secretary of State executed the submitted certificates. *Id.* Ex. A. Mr. Tarantino states that he did not think it necessary to notify his counsel when he dissolved Old Paul's Pak. *Id.* ¶ 4.

After Tarantino was informed by counsel on March 23, 2009 that a corporate entity must exist in order to pursue or defend its rights in litigation, he asked that New Paul's Pak be created, which would then be assigned all assets and obligations held by Old Paul's Pak. *Id.* ¶ 5. On March 24, 2009, Tarantino's counsel submitted Articles of Incorporation for New Paul's Pak to the California Secretary of State. *Id.* ¶ 5(a). On the same day, Tarantino executed an Assignment and Assumption Agreement assigning all assets and obligations of Old Paul's Pak to New Paul's Pak. *Id.* ¶ 5(b) (the agreement is attached to the declaration at Exhibit B). Tarantino and Old Paul's Pak now move to substitute New Paul's Pak in place of Old Paul's Pak.

An order of substitution or joinder under Fed. R. Civ. P. Rule 25(c) is a discretionary decision by the trial court as to whether the requested order would facilitate the conduct of the litigation. *In re Bernal*, 207 F.3d 595, 598 (9th Cir. 2000) (quoting 7C CHARLES ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE, FEDERAL PRACTICE AND PROCEDURE § 1958 (2d Ed. 1986)). Here, it appears that the dissolution of Old Paul's Pak was inadvertent, and New Paul's Pak is prepared to represent its equivalent interest. The court concludes that substitution will facilitate and simplify the litigation.

**ORDER**

The motion to substitute New Paul's Pak for Old Paul's Pak is granted. The newly formed corporate entity, "Paul's Pak, Inc.,", i.e., New Paul's Pak, is hereby substituted in place and instead of Old Paul's Pak.

DATED: 05/20/09

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Andrew Smith Company:**

Jan Leslie Kahn jkahn@kschanford.com
Ann Marguerite Grottveit agrottveit@kscsacramento.com

**Counsel for the Church Defendants:**

Edward William Smithers ews@smitherslf.com
Mary Ann O'Hara mao@smitherslf.com
Stephen P. McCarron smccarron@mccarronlaw.com

**Counsel for Paul's Pak defendants:**

Effie F. Anastassiou effieesq@salinasaglaw.com

**Counsel for defendants AG Harvesting & Technologies, LLC and Premium Fresh Farms, LLC:**

Clyde Charles Pearce ccp@clydepearcelaw.com


**Dated:** 05/20/09      JAS
**Chambers of Judge Whyte**