1  Effie F. Anastassiou, Esq. (SBN 96279)
   Peter R. Williams, Esq. (SBN 119432)
2  Barbara J. Zanger Zuniga, Esq. (SBN 139906)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile: (831) 754-0621

6  Attorneys for Defendants
   Paul's Pak, Inc., Salvador Paul Tarantino;
7  Paul S. Tarantino, and John L. Simmons, Only,
   and for Counterclaimant Paul's Pak, Inc.

*E-FILED - 5/20/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC, <br><br>　　　　Defendants. <br><br>PAUL'S PAK, INC., a California corporation, <br><br>　　　　Counterclaimant, <br><br>　　v. <br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; CHURCH BROTHERS, LLC, a California limited liability company; TRUE LEAF FARMS, LLC, a California limited liability company, <br><br>　　　　Couterdefendants. | Case No.: 5:08-CV-04802-RMW <br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED FILINGS** |

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW          1

Stipulation & Order to Cont.
CMC & related papers

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the Initial Case Management Conference currently scheduled for May 22, 2009, at 10:30 a.m., in Courtroom 6, be continued to June 26, 2009, at 10:30 a.m., in Courtroom 6, or to a date soon thereafter which is convenient to the Court.

IT IS FURTHER STIPULATED by and between the parties, through their respective attorneys of record, that the related papers for such Initial Case Management Conference, which include: the Rule 26(f) Report; Initial Disclosures or Objection to Rule 26(f) Report; and Case Management Statement, be filed in accordance with Fed. Rule Civ. Proc. 26(a)(1) and Civil L. R. 16-9, seven (7) days prior to the continued date of June 26, 2009, or to a date soon thereafter as convenient to the Court.

Further continuance is necessary based on the fact that Plaintiff ANDREW SMITH COMPANY ("Andrew Smith Co.") has filed a Second Amended Complaint ("Plaintiffs SAC") with the Court. Defendants PAUL'S PAK, INC.; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; and JOHN L. SIMMONS, will file an Amended Answer to Plaintiffs SAC on or prior to May 20, 2009. Defendant and Counterclaimant PAUL'S PAK, INC. will file an Amended Counterclaim with additional causes of action on or prior to May 20, 2009, which will need to be responded to by the parties named therein. Defendant and Counterdefendants STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC, will file a Response to Plaintiffs SAC on or prior to May 20, 2009. Defendants AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; ROBERT ELLIOTT; JOHN D. TAMAGNI; JAMES TAMAGNI; and RICHARD TAMAGNI, have made an appearance through their counsel and will be filing answering pleadings. A number of Defendants have not yet made an appearance in this action.

**IT IS SO STIPULATED.**

Dated: May 7, 2009

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou,
Attorneys for Defendants Paul's Pak, Inc., Salvador Paul Tarantino; Paul S. Tarantino, and John L. Simmons, Only, and for Counterclaimant Paul's Pak, Inc.

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW

2

Stipulation & Order to Cont.
CMC & related papers

| | |
|---|---|
| Dated: May ___, 2009 | KAHN, SOARES & CONWAY, LLP |
| | By: _____<br>Ann M. Grottveit,<br>Attorneys for Plaintiff Andrew Smith Company |
| Dated: May ___, 2009 | SMITHERS LAW FIRM |
| | By: _____<br>Mary Ann O'Hara, |
| | And |
| | Stephen McCarron<br>MCCARRON & DEISS<br>490 Massachusetts Ave., NW<br>Washington, DC 20016<br>Attorneys for Defendants Church Brothers, LLC; True Leaf Farms, LLC; Thomas Church; Steve Church; and David Gill, Only. |
| Dated: May ___, 2009 | CLYDE PEARCE LAW |
| | By: _____<br>Clyde C. Pearce,<br>Attorneys for Defendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments |

## ORDER

GOOD CAUSE APPEARING THEREFORE, the Initial Case Management Conference scheduled for May 22, 2009, at 10:30 a.m. is continued to June 26, 2009, at 10:30 a.m., in Courtroom 6. All related papers to be filed with this Court at least seven (7) days prior to the continued date of June 26, 2009.

DATED: _____

_____
HONORABLE RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\TIN\Andy Smith Litigation\Pleadings\StipContInitialCMC\StipOrdercontCMC.wpd

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW        3        Stipulation & Order to Cont.
                                                              CMC & related papers

| | |
|---|---|
| Dated: May 7, 2009 | KAHN, SOARES & CONWAY, LLP<br><br>By: _____<br>Ann M. Grottveit,<br>Attorneys for Plaintiff Andrew Smith Company |
| Dated: May ___, 2009 | SMITHERS LAW FIRM<br><br>By: _____<br>Mary Ann O'Hara,<br><br>And<br><br>Stephen McCarron<br>MCCARRON & DEISS<br>490 Massachusetts Ave., NW<br>Washington, DC 20016<br>Attorneys for Defendants Church Brothers, LLC; True Leaf Farms, LLC; Thomas Church; Steve Church; and David Gill, Only. |
| Dated: May ___, 2009 | CLYDE PEARCE LAW<br><br>By: _____<br>Clyde C. Pearce,<br>Attorneys for Defendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments |

## ORDER

GOOD CAUSE APPEARING THEREFORE, the Initial Case Management Conference scheduled for May 22, 2009, at 10:30 a.m. is continued to June 26, 2009, at 10:30 a.m., in Courtroom 6. All related papers to be filed with this Court at least seven (7) days prior to the continued date of June 26, 2009.

DATED: _____

_____
HONORABLE RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\TIN\Andy Smith Litigation\Pleadings\StipContInitialCMC\StipOrdercontCMC.wpd

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW        3        Stipulation & Order to Cont.
CMC & related papers

| | | |
|---|---|---|
| Dated: May ___, 2009 | | KAHN, SOARES & CONWAY, LLP |

By: _____
Ann M. Grottveit,
Attorneys for Plaintiff Andrew Smith Company

Dated: May 7th, 2009   SMITHERS LAW FIRM

By: _____
Mary Ann O'Hara,

And

Stephen McCarron
MCCARRON & DEISS
490 Massachusetts Ave., NW
Washington, DC 20016
Attorneys for Defendants Church Brothers, LLC; True Leaf Farms, LLC; Thomas Church; Steve Church; and David Gill, Only.

Dated: May ___, 2009   CLYDE PEARCE LAW

By: _____
Clyde C. Pearce,
Attorneys for Defendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments

## ORDER

GOOD CAUSE APPEARING THEREFORE, the Initial Case Management Conference scheduled for May 22, 2009, at 10:30 a.m. is continued to June 26, 2009, at 10:30 a.m., in Courtroom 6. All related papers to be filed with this Court at least seven (7) days prior to the continued date of June 26, 2009.

DATED: _____

HONORABLE RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\TTN\Andy Smith Litigation\Pleadings\StipContInitialCMC\StipOrdercontCMC.wpd

| | |
|---|---|
| Dated: May ___, 2009 | KAHN, SOARES & CONWAY, LLP |
| | By: _____<br>Ann M. Grottveit,<br>Attorneys for Plaintiff Andrew Smith Company |
| Dated: May ___, 2009 | SMITHERS LAW FIRM |
| | By: _____<br>Mary Ann O'Hara, |
| | And |
| | Stephen McCarron<br>MCCARRON & DEISS<br>490 Massachusetts Ave., NW<br>Washington, DC 20016<br>Attorneys for Defendants Church Brothers, LLC; True Leaf Farms, LLC; Thomas Church; Steve Church; and David Gill, Only. |
| Dated: May 7, 2009 | CLYDE PEARCE LAW<br>By: *(signature)*<br>Clyde C. Pearce,<br>Attorneys for Defendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments |

## ORDER

GOOD CAUSE APPEARING THEREFORE, the Initial Case Management Conference scheduled for May 22, 2009, at 10:30 a.m. is continued to June 26, 2009, at 10:30 a.m., in Courtroom 6. All related papers to be filed with this Court at least seven (7) days prior to the continued date of June 26, 2009.

DATED: 5/20/09

*(signature: Ronald M. Whyte)*

HONORABLE RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\TIN\Andy Smith Litigation\Pleadings\StipContInitialCMC\StipOrdercontCMC.wpd