Effie F. Anastassiou, Esq. (SBN 96279)
Daniel E. Griffee (SBN 229897)
Barbara J. Zanger Zuniga, Esq. (SBN 139906)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendants
Paul's Pak, Inc., Salvador Paul Tarantino;
Paul S. Tarantino, and John L. Simmons, Only,
and for Counterclaimant Paul's Pak, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership, <br><br> Plaintiff, <br><br> v. <br><br> PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC, <br><br> Defendants. <br><br> PAUL'S PAK, INC., a California corporation, <br><br> Counterclaimant, <br><br> v. <br><br> PREMIUM FRESH FARMS, LLC, a California limited liability company; CHURCH BROTHERS, LLC, a California limited liability company; TRUE LEAF FARMS, LLC, a California limited liability company; and ANDREW SMITH COMPANY, a general partnership, <br><br> Counterdefendants. | Case No.: 5:08-CV-04802-RMW <br><br> [PROPOSED] ORDER EXCUSING PAUL S. TARANTINO FROM PERSONALLY APPEARING AT MEDIATION <br><br> Mediation Date: September 16, 2009 <br> Mediation Time: 9:30 AM <br> Department: Conference Room/TBA <br> Location: U.S. District Court <br> N. D. Of California <br> 280 S 1st St <br> San Jose, CA 95113 <br><br> Action Filed: October 21, 2008 <br> Trial Date: TBA |

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW

[Proposed] Order Excusing Paul S. Tarantino
from Personally Appearing at Mediation

IT IS HEREBY ORDERED that Defendant PAUL S. TARANTINO ("PAUL"), is excused from personally attending mediation in the above referenced matter, scheduled for September 16, 2009. SALVADOR PAUL TARANTINO ("SALVADOR") will have in his possession a notarized power of attorney, which will enable SALVADOR to represent PAUL, and to negotiate and agree or reject a settlement on his behalf.

IT IS FURTHER ORDERED that Defendant PAUL be available by phone throughout the duration of the mediation, pursuant to Rule 17.

F:\TIN\Andy Smith Litigation\Pleadings\Mediation\Proposed Order re Excusing Paul.wpd

Dated: 9-15-09

IT IS SO ORDERED

_Wayne D. Brazil_
UNITED STATES MAGISTRATE JUDGE

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE