Effie F. Anastassiou, Esq. (SBN 96279)
Daniel E. Griffee, Esq. (SBN 229897)
Karli R. Jungwirth, Esq. (SBN 227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendants
Paul's Pak, Inc., Salvador Paul Tarantino;
Paul S. Tarantino, and John L. Simmons, Only,
and for Counterclaimant Paul's Pak, Inc.

*E-FILED - 12/23/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership, <br><br> Plaintiff, <br><br> v. <br><br> PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC, <br><br> Defendants. | CASE NO. C-08-04802-RMW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR ALL PARTIES TO EXCHANGE INITIAL DISCLOSURES (FED. R. CIV. P. 26)** |
| PAUL'S PAK, INC., a California corporation, <br><br> Counterclaimant, <br><br> v. <br><br> PREMIUM FRESH FARMS, LLC, a California limited liability company; CHURCH BROTHERS, LLC, a California limited liability company; TRUE LEAF FARMS, LLC, a California limited liability company, <br><br> Counterdefendants. | |

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW

1

Stipulation to Extend Time to
Exchange Initial Disclosures

WHEREAS, on November 16, 2009, the Court entered its Order Granting Motion to Dismiss (the "Order", Doc. 139) with respect to the Defendant Church Brothers, LLC's ("CHURCH BROTHERS")and Defendant True Leaf Farms, LLC's ("TRUE LEAF")(collectively, the "CHURCH DEFENDANTS'") motion to dismiss the counterclaims against them as alleged by Defendant and Counterclaimant Paul's Pak, Inc. ("PAUL'S PAK");

WHEREAS, PAUL'S PAK intends to timely amend its Counterclaim in light of the Order;

WHEREAS, the signatories below hereby agree to extend the time for all parties to exchange their initial disclosures in accordance with Rule 26 of the Federal Rules of Civil Procedure;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective attorneys of record, that the initial disclosures, originally agreed to be exchanged on or before November 30, 2009, shall be exchanged on or before December 4, 2009. This Stipulation is filed pursuant to Civil L.R. 6-1(a).

IT IS SO STIPULATED.

DATED: November 20, 2009                    ANASTASSIOU & ASSOCIATES

By: /s/_____
Effie F. Anastassiou, Esq.,
Attorneys for Defendants PAUL'S PAK, INC., SALVADOR PAUL TARANTINO; PAUL S. TARANTINO, JOHN L. SIMMONS, only, and for Counterclaimant PAUL'S PAK, INC.

DATED: November 23, 2009                    KAHN, SOARES & CONWAY, LLP

/s/_____
Ann M. Grottveit, Esq.,
Attorneys for Plaintiff Andrew Smith Company

//

//

//

*[Signatures continue on next page].*

| | | |
|---|---|---|
| DATED: November 23, 2009 | | SMITHERS LAW FIRM |

By: /s/ _____
Mary Ann O'Hara, Esq.

and

Stephen P. McCarron, Esq.
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016

Attorneys for Defendants,
CHURCH BROTHERS, LLC; TRUE LEAF FARMS, LLC; THOMAS CHURCH; STEVE CHURCH and DAVID GILL; and Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC

Dated: November 23, 2009         CLYDE PEARCE LAW

By:/s/ _____
Clyde C. Pearce,
Attorneys for Defendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the time for all parties to exchange their initial disclosures in accordance with Rule 26 of the Federal Rules of Civil Procedure, originally agreed to be exchanged on or before November 30, 2009, shall be exchanged on or before December 4, 2009.

DATED: 12/23/09

*Ronald M. Whyte* (signature)

HONORABLE RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\TIN\Andy Smith Litigation\Pleadings\Stip Extend Initial Disclosures\Stip to Extend Initial Disclosures Date.wpd

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW        3        Stipulation to Extend Time to Exchange Initial Disclosures