E-FILED on     7/9/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMIT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>    Defendants. | No. C-08-04802 RMW<br><br>ORDER REGARDING MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL<br><br>**[Re Docket No. 190]** |

Plaintiff Andrew Smith Company ("Andrew Smith") moves to continue various pretrial deadlines and the trial date by approximately 60 days. However, Andrew Smith has not noticed a hearing date for the motion. The court hereby sets July 23, 2010 as the date on which the motion will be heard. Any party that opposes the motion and has not already filed an opposition shall do so no later than July 14, 2010. Andrew Smith may file a reply no later than July 16, 2010.

DATED:     7/9/10

RONALD M. WHYTE
United States District Judge

ORDER REGARDING MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL—No. C-08-04802 RMW
CCL