1  Effie F. Anastassiou, Esq. (SBN 96279)
   Karli R. Jungwirth, Esq. (SBN 227956)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California  93902                             *E-FILED - 7/22/10*
4  Telephone:  (831) 754-2501
   Facsimile:   (831) 754-0621
5
   Attorneys for Defendants
6  Paul's Pak, Inc., Salvador Paul Tarantino; and Paul S. Tarantino; Only;
   for Counterclaimant Paul's Pak, Inc.; and for Counterdefendants
7  Paul's Pak, Inc., and Salvador Paul Tarantino

8                      UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 ANDREW SMITH COMPANY                      )  Case No.:    5:08-CV-04802-RMW
11                                           )
                  Plaintiff,                 )  ORDER GRANTING
12        v.                                 )  REQUEST TO APPEAR TELEPHONIC AT
                                             )  PLAINTIFF ANDREW SMITH COMPANY'S
13 PAUL'S PAK, INC., et al.,                 )  MOTION TO CONTINUE PRETRIAL
                                             )  DEADLINES AND TRIAL
14                Defendants.                )
                                             )  DATE:   July 23, 2010
15 _____ )  TIME:   9:00 AM
                                             )  DEPT.:  Courtroom 6, 4th Floor
16 CHURCH BROTHERS, LLC,                     )  TRIAL:  November 29, 2010
                                             )
                  Counterclaimant,            )
17                                           )
          v.                                 )
18                                           )
   PAUL'S PAK, INC. and SALVADOR PAUL        )
19 TARANTINO,                                )
                                             )
20                Counterdefendants          )
                                             )
21                                           )
                                             )
22 _____ )
   AND RELATED ACTIONS                       )
23                                           )
                                             )
24 _____ )

25     Counsel of record for Defendant, Counterclaimant, and Counterdefendant PAUL'S PAK, INC.
26 ("PAUL'S PAK"); for Defendant and Counterdefendant SALVADOR P. TARANTINO ("S.
27 TARANTINO"); and for Defendant PAUL S. TARANTINO ("P. TARANTINO"), hereby respectfully
28 request to be allowed to participate telephonically in Plaintiff Andrew Smith Company's Motion to

Continue Pretrial Deadlines and Trial ("Motion to Continue"), which is scheduled to be heard on July 23, 2010 at 9:00 a.m.

Counsel of record, Ms. Karli Jungwirth will be out of the district and unable to attend personally. Ms. Jungwirth will, however, be available at (805) 822-7523, during the hours of 8:30 a.m. and 10:30 a.m., to attend the Motion to Continue hearing telephonically. Counsel of record, Ms. Effie F. Anastassiou has a scheduled vacation day on the day of the hearing and is unable to attend.

Dated: July 16, 2010

ANASTASSIOU & ASSOCIATES

By:    /s/
Effie F. Anastassiou
Attorneys for Defendants Paul's Pak, Inc., Salvador Paul Tarantino; and Paul S. Tarantino; Only; for Counterclaimant Paul's Pak, Inc.; and for Counterdefendants Paul's Pak, Inc., and Salvador Paul Tarantino

F:\TIN\Andy Smith Litigation\Pleadings\Motion to Continue\ReqAppearTelephonic.wpd

Date: 7/22/10



IT IS SO ORDERED
Ronald M. Whyte
Judge Ronald M. Whyte

*The Court will initiate the conference call between 9:00 a.m. to 11:30 a.m. that day. Counsel shall be on phone stand by.