**E-FILED on**   7/23/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>      Plaintiff,<br><br>     v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMIT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>      Defendants. | No. C-08-04802 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL<br><br>**[Re Docket No. 190]** |

    Andrew Smith Company ("Andrew Smith") moves to continue various pretrial deadlines and the trial date by approximately 60 days. Paul's Pak, Inc, Salvador Tarantino, and Paul Tarantino (collectively "Paul's Pak") join in Andrew's Smith's motion to continue pretrial deadlines and trial. Church Brothers, LLC, True Leaf, LLC, Thomas Church, Steve Church, and David Gill (collectively "Church Parties") oppose the motion.

As discussed at the hearing on July 23, 2010, the court modifies the pretrial deadlines as follows:

1. Non-expert deposition deadline: 8/31/10
2. Expert disclosure deadline: 8/31/10
3. Rebuttal expert disclosure deadline: 9/15/10
4. Expert deposition deadline 9/30/10
5. John L. Simmons' deposition: 9/17/10

In all other respects, the motion is denied, and the remaining pretrial deadlines and the trial date remain as previously scheduled.

DATED:   7/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL—No. C-08-04802 RMW
CCL                                                     2