**E-FILED on**    8/25/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>      Plaintiff,<br><br>      v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMIT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>      Defendants. | No. C-08-04802 RMW<br><br>ORDER REGARDING STIPULATION AND PROPOSED ORDER FOR ENTRY OF PARTIAL JUDGMENT<br><br>**[Re Docket No. 237]** |

    The court has received the stipulation by Andrew Smith Company ("Andrew Smith"), Paul's Pak, Inc. ("Paul's Pak"), and Salvador Tarantino filed as Docket. No. 237.  The court is comfortable with and willing to approve this stipulation.  However, it does not appear that entry of partial judgment at this time is appropriate given that there remain outstanding issues between these parties. It seems that the appropriate way to proceed would be to enter the stipulation as part of the judgment

ORDER REGARDING STIPULATION AND PROPOSED ORDER FOR ENTRY OF PARTIAL JUDGMENT—No. C-08-04802 RMW
CCL

that is ultimately entered into at the end of this case. If there is some reason that partial judgment needs to be entered at this time, the parties may advise the court, and the court will reconsider.

DATED: 8/25/10

RONALD M. WHYTE
United States District Judge