Edward W. Smithers (121268)
Mary Ann O'Hara (136379)
Maureen L. Tabari (132359)
SMITHERS LAW FIRM
160 West Santa Clara Street, Suite 1025
San Jose, CA 95113-1700
(408) 271-1200 (telephone)
(408) 271-1201 (facsimile)
ews@smitherslf.com
mao@smitherslf.com
mlt@smitherslf.com

Stephen P. McCarron
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016
Tel: 202-364-0400
Fax: 202-364-2371
smccarron@mccarronlaw.com

Attorneys for Defendants and Counterdefendants,
STEVE CHURCH, THOMAS CHURCH,
DAVID GILL, CHURCH BROTHERS, LLC and
TRUE LEAF FARMS, LLC

*E-FILED - 10/13/10*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL'S PAK, INC. et al.,<br><br>Defendants. | **Case No. 5:08-CV-04802-RMW**<br><br>**STIPULATION AND [ xxxxxxxxxxx ORDER MOVING HEARING DATE FROM OCTOBER 15, 2010 TO OCTOBER 22, 2010** |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND xxxxxxxxx ORDER
CASE NO. 5:08-CV-04802-RMW
SMITHERS LAW FIRM

1


IT IS HEREBY STIPULATED AND AGREED by and between the parties that the motions currently scheduled to be heard on October 15, 2010 at 9:00 a.m. shall be heard on October 22, 2010 at 9:00 a.m. Those motions are:

Defendants' Motion to Dismiss Defendant Paul Tarantino [DKT. #218]; and

Defendants' Motions for Summary Judgment [DKT. #220, 228, 229, 231, 232].

IT IS SO STIPULATED.

DATED: October 6th, 2010

SMITHERS LAW FIRM

By: _____
Edward W. Smithers

Attorneys for Defendants and Counterdefendants,
STEVE CHURCH, THOMAS CHURCH, DAVID GILL, CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC

DATED: October ___, 2010

KAHN, SOARES & CONWAY, LLP

By: _____
Ann M. Grottveit

Attorneys for Plaintiff and Counterdefendant, ANDREW SMITH COMPANY

DATED: October ___, 2010

ANASTASSIOU AND ASSOCIATES

By: _____
Effie F. Anastassiou

Attorneys for Defendants,
PAUL'S PAK, INC., SALVADOR PAUL TARANTINO and PAUL S. TARANTINO, only; for Counterclaimant PAUL'S PAK, INC.; and for Counterdefendants PAUL'S PAK, INC. and SALVADOR PAUL TARANTINO

STIPULATION AND XXXXXXXXX ORDER
CASE NO. 5:08-CV-04802-RMW
SMITHERS LAW FIRM

2

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between the parties that |
| 2 | the motions currently scheduled to be heard on October 15, 2010 at 9:00 a.m. shall be |
| 3 | heard on October 22, 2010 at 9:00 a.m. Those motions are: |

Defendants' Motion to Dismiss Defendant Paul Tarantino [DKT. #218]; and

Defendants' Motions for Summary Judgment [DKT. #220, 228, 229, 231, 232].

IT IS SO STIPULATED.

DATED: October 6th, 2010          SMITHERS LAW FIRM

By: _____
    Edward W. Smithers

Attorneys for Defendants and Counterdefendants,
STEVE CHURCH, THOMAS CHURCH, DAVID GILL, CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC

DATED: October ____, 2010          KAHN, SOARES & CONWAY, LLP

By: _____
    Ann M. Grottveit

Attorneys for Plaintiff and Counterdefendant,
ANDREW SMITH COMPANY

DATED: October 6, 2010          ANASTASSIOU AND ASSOCIATES

By: _____
    Effie F. Anastassiou

Attorneys for Defendants,
PAUL'S PAK, INC., SALVADOR PAUL TARANTINO and PAUL S. TARANTINO, only; for Counterclaimant PAUL'S PAK, INC.; and for Counterdefendants PAUL'S PAK, INC. and SALVADOR PAUL TARANTINO

| | |
|---|---|
| 1  DATED: October 7, 2010 | LAW OFFICE OF CLYDE C. PEARCE |
| 2 | |
| 3 | By:   _____ |
| 4 | Clyde C. Pearce |
| 5 | Attorneys for Defendants and Counterdefendants, |
| 6 | PREMIUM FRESH FARMS, LLC, AG HARVESTING & TECHNOLOGIES, LLC, |
| 7 | ESV INVESTMENTS, LLC, JOHN D. TAMAGNI, JAMES S. TAMAGNI, RICHARD TAMAGNI and ROBERT ELLIOTT |

11  IT IS SO ORDERED.

*Ronald M. Whyte*

13  DATED: October 13, 2010

UNITED STATES DISTRICT COURT
JUDGE

STIPULATION AND XXXXXXXXXX ORDER                                3
CASE NO. 5:08-CV-04802-RMW
SMITHERS LAW FIRM