Effie F. Anastassiou, Esq. (SBN 96279)
Karli R. Jungwirth, Esq. (SBN 227956)
W. John Lo, Esq. (SBN 259561)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

*E-FILED - 11/18/10*

Attorneys for Defendants
Paul's Pak, Inc., Salvador Paul Tarantino;
Paul S. Tarantino, and John L. Simmons, Only,
and for Counterclaimant Paul's Pak, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>　　　　Defendants.<br><br>AND RELATED MATTERS | CASE NO. C-08-04802-RMW<br><br>[ ] **ORDER GRANTING STIPULATION TO EXTEND TIME IN HONORABLE RONALD M. WHYTE'S STANDING ORDER RE: PRETRIAL PREPARATION** |

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED, that:

　　　　(A)　　If the Settlement Conference before Judge Trumbull on November 8, 2010 is not successful, the parties shall meet and confer in accordance with the Pretrial Order (in person) at the offices of the Smithers Law Firm, located at 160 West Santa Clara Street, Suite 1025, San Jose, CA 95113, on November 9, 2010;

　　　　(B)　　The parties shall serve and file Trial Briefs (optional); Motions *In Limine*; Depositions and Discovery Responses; Proposed Findings of Fact and Conclusions of Law; and Joint Pretrial Statement on

1  or before November 12, 2010.  All documents to be served and filed on November 12, 2010 will be

2  personally or electronically served by the close of business that day on all opposing parties; and

3        (C)      The parties shall serve and file Oppositions to Motions *In Limine*; Objections to the Use of

4  Deposition Excerpts or other Discovery Responses; Counter-Designations; and Objections to Proposed

5  Findings or to the Authenticity or Admissibility of any Trial Exhibits on or before November 16, 2010.

6  All documents to be served and filed on November 16, 2010 will be personally or electronically served by

7  the close of business that day on all opposing parties.

9  DATED: 11/18/10

                                                                       HONORABLE RONALD M. WHYTE
                                                                       JUDGE OF THE U.S. DISTRICT COURT
                                                                       NORTHERN DISTRICT OF CALIFORNIA

\\Lawserver\company\TIN\Andy Smith Litigation\Pleadings\Stipulations\StipExtendPreTrialDates\Proposed Order rePreTrialDates.wpd