Jan L. Kahn, SBN 055788
Ann M. Grottveit, SBN 256349
KAHN, SOARES & CONWAY, LLP
219 No. Douty Street
Hanford, CA  93230
Telephone:  (559) 584-3337
Facsimile:  (559) 584-3348
e-mail: jkahn@kschanford.com
        agrottveit@kscsacramento.com

*E-FILED - 12/1/10*

Attorneys for Plaintiff and Counterdefendant,
ANDREW SMITH COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 5:08-CV-04802-RMW <br><br> **STIPULATION TO STAY ACTION AND CONTINUE TRIAL DUE TO BANKRUPTCY FILINGS OF SALVADOR PAUL TARANTINO AND PREMIUM FRESH FARMS, LLC** <br> **AND ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff, ANDREW SMITH COMPANY ("Plaintiff" or "Andrew Smith") and Defendants, PAUL'S PAK, INC. ("Paul's Pak"), SALVADOR PAUL TARANTINO ("Sal Tarantino"), PREMIUM FRESH FARMS, LLC ("Premium Fresh"); AG HARVESTING & TECHNOLOGIES, LLC ("Ag Harvesting"); ESV INVESTMENTS, LLC ("ESV"); EMMITT L. PFOST ("Pfost"); JOHN D. TAMAGNI ("Tamagni"); ROBERT ELLIOTT

("Elliott"); JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC ("Church Brothers"); and TRUE LEAF FARMS, LLC ("True Leaf") (collectively "Defendants"), and their counsel of record that the above captioned action be continued and in support thereof state as follows:

1. On November 18, 2010, the Defendant Sal Tarantino filed for bankruptcy protection in the Bankruptcy Court for the Northern District of California, Case # 10-14430 triggering an automatic stay as to that Defendant and any assets of the Defendant's bankruptcy estate. The filing of this bankruptcy, however, was not discovered by counsel and the other parties until Monday, November 29, 2010;

2. That the Statement of Financial Affairs, filed by Sal Tarantino along with his bankruptcy petition, list Paul's Pak Inc., as an asset and Sal Tarantino as the sole owner and shareholder of Paul's Pak, Inc.;

3. On November 22, 2010, the Defendant Premium Fresh Farms, LLC filed for bankruptcy protection in the Bankruptcy Court for the Northern District of California, Case # 10-62036, triggering an automatic stay as to that Defendant and any assets of the Defendant's bankruptcy estate. Notice of said filing was given to all counsel and filed with the Court on this date;

4. That the Bankruptcy filings of Premium Fresh list certain account receivables as the only asset of the Premium Bankruptcy estate;

5. That Paul's Pak has filed a motion for ex parte relief from the stay in the Premium Fresh bankruptcy, which motion has been opposed by Premium Fresh and the bankruptcy trustee. Said motion remains under consideration;

6. That the parties have met and conferred and agree that resolution of these bankruptcy matters by way of relief from the stay or agreements with the respective bankruptcy

trustees must occur in order to move forward with the remaining parties and ensure

compliance with the automatic stay provisions of 11 U.S.C. §362(a);

7.     Based on the foregoing, the parties stipulate that the action is stayed, that the trial now

set to begin December 2, 2010, in this Court be taken off calendar and continued to a

date uncertain and to be reset at a status conference to be held on January 28, 2011, at

10:30 a.m. at which time the parties will advise the Court of the status of the above

mentioned bankruptcy matters.

**SO STIPULATED:**

Dated:  December 1, 2010                          KAHN, SOARES & CONWAY, LLP


By: _____/S/_____
Jan L. Kahn
Ann M. Grottveit
Attorneys for Plaintiff and Counterdefendant
ANDREW SMITH COMPANY


Dated:  December 1, 2010                          ANASTASSIOU & ASSOCIATES


By: _____
Effie F. Anastassiou
Attorneys for Defendants PAUL'S PAK, INC.,
SALVADOR PAUL TARANTINO, and
Counterclaimant, PAUL'S PAK, INC.

Dated:  December 1, 2010                          SMITHERS LAW FIRM


By: _____/S/_____
Edward W. Smithers

And

Stephen McCarron

```
                                          MCCARRON & DIESS
                                          4900 Massachusetts Avenue, NW
                                          Washington, DC  20016

                                          Attorneys for Defendants,
                                          CHURCH BROTHERS, LLC, TRUE LEAF
                                          FARMS, LLC, THOMAS CHURCH, STEVE
                                          CHURCH and DAVID GILL
```

Dated:  December 1, 2010                  LAW OFFICES OF CLYDE PEARCE


                                          By: _____/S/_____
                                              Clyde Pearce
                                              Attorneys for Defendants,
                                              AG HARVESTING & TECHNOLOGIES, LLC,
                                              JOHN D. TAMAGNI, ROBERT ELLIOTT,
                                              JAMES TAMAGNI, RICHARD TAMAGNI,
                                              PREMIUM FRESH FARMS, LLC and
                                              ESV INVESTMENTS

## ORDER

Pursuant to stipulation between the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED,** that this action is stayed, that the trial in this matter shall not go forward on December 2, 2010, and that the parties shall report to the Court on January 28, 2011, at 10:30 a.m. for further status conference to apprise the Court of the status of the bankruptcy filings and for further trial setting.

DATED:  December 1, 2010

_Ronald M. Whyte_
_____
HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT OF
CALIFORNIA