1   Effie F. Anastassiou, Esq. (SBN 96279)
    Karli R. Jungwirth, Esq. (SBN 227956)
2   W. John Lo, Esq. (SBN 259561)
    ANASTASSIOU & ASSOCIATES
3   242 Capitol Street
    Post Office Box 2210                       *E-FILED - 1/27/11*
4   Salinas, California  93902
    Telephone:  (831) 754-2501
5   Facsimile:   (831) 754-0621

6   Attorneys for Defendants
    Paul's Pak, Inc., Salvador Paul Tarantino;
7   Paul S. Tarantino, and John L. Simmons, Only,
    and for Counterclaimant Paul's Pak, Inc.

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11  ANDREW   SMITH   COMPANY,   a   general )   **CASE NO. C-08-04802-RMW**
    partnership,                            )
12                                          )
                    Plaintiff,              )   **STIPULATION  TO  CONTINUE  STATUS**
13                                          )   **CONFERENCE AND ORDER**
            v.                              )
14                                          )
    PAUL'S PAK, INC.; PREMIUM FRESH FARMS,  )
15  LLC;   PDP  &   ASSOCIATES,   LLC;   AG )
    HARVESTING & TECHNOLOGIES, LLC; CV      )
16  INVESTMENTS,  LLC;  ESV  INVESTMENTS,   )
    LLC; SALVADOR PAUL TARANTINO; PAUL S.   )
17  TARANTINO; JOHN L. SIMMONS; EMMITT L.   )
    PFOST; JACK PARSON; STEVEN A. CINELLI;  )
18  JOHN D. TAMAGNI; RICHARD TAMAGNI;       )
    STEVE CHURCH; THOMAS CHURCH; DAVID      )
19  GILL; CHURCH BROTHERS, LLC; and TRUE    )
    LEAF FARMS, LLC,                        )
20                                          )
                    Defendants.             )
21  _____)
                                            )
22  AND RELATED MATTERS                     )
    _____)
23  //

24  //

25  //

26  //

27  //

28  //

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff, ANDREW SMITH COMPANY ("Plaintiff" or "Andrew Smith") and Defendants, PAUL'S PAK, INC. ("Paul's Pak"), SALVADOR PAUL TARANTINO ("Sal Tarantino"), PREMIUM FRESH FARMS, LLC ("Premium Fresh"); AG HARVESTING & TECHNOLOGIES, LLC ("Ag Harvesting"); ESV INVESTMENTS, LLC ("ESV"); EMMITT L. PFOST ("Pfost"); JOHN D. TAMAGNI ("Tamagni"); ROBERT ELLIOTT ("Elliott"); JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC ("Church Brothers"); and TRUE LEAF FARMS, LLC ("True Leaf") (collectively "Defendants"), and their counsel of record that the status conference in the above captioned action be continued and in support thereof state as follows:

1.     On November 18, 2010, the Defendant Sal Tarantino filed for bankruptcy protection in the Bankruptcy Court for the Northern District of California, Case # 10-14430 triggering an automatic stay as to that Defendant and any assets of the Defendant's bankruptcy estate.  The filing of this bankruptcy, however, was not discovered by counsel and the other parties until Monday, November 29, 2010;

2.     That the Statement of Financial Affairs, filed by Sal Tarantino along with his bankruptcy petition, list Paul's Pak Inc., as an asset and Sal Tarantino as the sole owner and shareholder of Paul's Pak, Inc.;

3.     On November 22, 2010, the Defendant Premium Fresh Farms, LLC filed for bankruptcy protection in the Bankruptcy Court for the Northern District of California, Case # 10-62036 triggering an automatic stay as to that Defendant and any assets of the Defendant's bankruptcy estate;

4.     That the Bankruptcy filings of Premium Fresh list certain account receivables as the only asset of the Premium Bankruptcy estate;

5.     That bankruptcy counsel for Sal Tarantino filed a Motion for Abandonment of Sal Tarantino shares in Paul's, which motion has been opposed by Church Brothers and True Leaf.  Said motion was initially heard in the Bankruptcy Court for the Northern District of California on January 21, 2011 and a continued hearing is scheduled for February 4, 2011;

6.     That the parties have met and conferred and agree that resolution of these bankruptcy matters and the Motion for Abandonment must occur in order to move forward with the remaining parties

and ensure compliance with the automatic stay provisions of 11 U.S.C. §362(a);

7.     Based on the foregoing, the parties stipulate that the status conference currently scheduled to be held on January 28, 2011, at 10:30 a.m. be continued to March 25, 2011, at 10:30 a.m., at which time the parties will advise the Court of the status of the above mentioned bankruptcy matters and for further trial setting.  The earlier entered stay shall remain in effect pending further order of the Court.

**SO STIPULATED:**

Dated:  January 26, 2011                             KAHN, SOARES & CONWAY, LLP


By:_____/s/_____
Jan L. Kahn
Ann M. Grottveit
Attorneys for Plaintiff and Counterdefendant
ANDREW SMITH COMPANY


Dated:  January 26, 2011                             ANASTASSIOU & ASSOCIATES


By:_____/s/_____
Effie F. Anastassiou
Attorneys for Defendants PAUL'S PAK, INC., SALVADOR PAUL TARANTINO, and Counterclaimant, PAUL'S PAK, INC.


Dated:  January 26, 2011                             SMITHERS LAW FIRM


By:_____/s/_____
Edward W. Smithers

And

Stephen McCarron
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC  20016

Attorneys for Defendants,
CHURCH BROTHERS, LLC, TRUE LEAF FARMS, LLC, THOMAS CHURCH, STEVE CHURCH and DAVID GILL

Dated:  January 26, 2011                       LAW OFFICES OF CLYDE PEARCE


                                        By:_____/s/_____
                                            Clyde Pearce
                                            Attorneys for Defendants,
                                            AG HARVESTING & TECHNOLOGIES, LLC,
                                            JOHN D. TAMAGNI, ROBERT ELLIOTT,
                                            JAMES TAMAGNI, RICHARD TAMAGNI,
                                            PREMIUM FRESH FARMS, LLC and
                                            ESV INVESTMENTS


### ORDER

Pursuant to stipulation between the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that this action is stayed, that the status conference currently scheduled to be held on January 28, 2011, at 10:30 a.m. be continued to March 25, 2011, at 10:30 a.m., at which time the parties will advise the Court of the status of the above mentioned bankruptcy matters and for further trial setting.  The earlier entered stay shall remain in effect pending further order of the Court.


DATED:  January 27, 2011                 _Ronald M. Whyte_____
                                        HONORABLE RONALD M. WHYTE
                                        JUDGE OF THE UNITED STATES DISTRICT
                                        COURT, NORTHERN DISTRICT OF
                                        CALIFORNIA


F:\TIN\Andy Smith Litigation\Trial\Stipulation to Continue Trial\Stip to Continue Trial Setting Conference.wpd