Effie F. Anastassiou, Esq. (SBN 96279)
Karli R. Jungwirth, Esq. (SBN 227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

*E-FILED - 3/22/11*

Attorneys for Defendants
Paul's Pak, Inc., Salvador Paul Tarantino;
Paul S. Tarantino, and John L. Simmons, Only,
and for Counterclaimant Paul's Pak, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership, | CASE NO. C-08-04802-RMW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| v. | |
| PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC, | |
| Defendants. | |
| AND RELATED MATTERS | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff, ANDREW SMITH COMPANY ("Plaintiff" or "Andrew Smith") and Defendants, PAUL'S PAK, INC. ("Paul's Pak"), SALVADOR PAUL TARANTINO ("Sal Tarantino"), PREMIUM FRESH FARMS, LLC ("Premium Fresh"); AG HARVESTING & TECHNOLOGIES, LLC ("Ag Harvesting"); ESV INVESTMENTS, LLC ("ESV"); EMMITT L. PFOST ("Pfost"); JOHN D. TAMAGNI ("Tamagni"); ROBERT ELLIOTT ("Elliott"); JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL;

CHURCH BROTHERS, LLC ("Church Brothers"); and TRUE LEAF FARMS, LLC ("True Leaf") (collectively "Defendants"), and their counsel of record that the status conference in the above captioned action be continued and in support thereof state as follows:

WHEREAS, a Status Conference is currently ordered to take place on March 25, 2011 at 10:30 a.m. in order to advise the Court of the status of the below described matters;

WHEREAS, bankruptcy counsel for Salvador Paul Tarantino ("Sal Tarantino") filed a Motion for Abandonment of Sal Tarantino's shares in Paul's Pak, Inc., which motion was granted on February 7, 2011, in the case of <u>In Re Salvador P. Tarantino</u> in the United States Bankruptcy Court, Northern District of California, Case No. 10-14430 (the "Sal Bankruptcy"), and in accordance therewith, Paul's Pak is ready to proceed with the instant litigation;

WHEREAS, counsel for Church Brothers has filed a Motion for Relief from Stay in the Sal Bankruptcy, which motion is scheduled to be heard on March 24, 2011;

WHEREAS, Paul's Pak, Inc. has filed a Motion for Relief from Stay (the "Motion for Relief") in the case of <u>In Re Premium Fresh Farms, LLC</u>, which motion is pending in the United States Bankruptcy Court, Northern District of California, Case No. 10-62036, and which motion was recently rescheduled to be heard on March 28, 2011, at 2:00 p.m., which is <u>after</u> the currently scheduled Pretrial Status Conference;

WHEREAS, the parties have met and conferred and agree that resolution of the Motion for Relief from Stay must occur in order to move forward with that litigation against Premium Fresh and ensure compliance with the automatic stay provisions of 11 U.S.C. §362(a);

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the Pretrial Status Conference currently scheduled to be held on March 25, 2011 at 10:30 a.m. be continued to **April 1, 2011 at 10:30.**

**IT IS SO STIPULATED.**

DATED: March 14, 2011                               ANASTASSIOU & ASSOCIATES

                                                    By: /s/ Effie F. Anastassiou
                                                        Effie F. Anastassiou, Esq.,
                                                        Attorneys for Defendants PAUL'S PAK, INC.,
                                                        and SALVADOR PAUL TARANTINO; only, for
                                                        Counterclaimant PAUL'S PAK, INC.; and
                                                        Counterdefendants PAUL'S PAK, INC., and
                                                        SALVADOR PAUL TARANTINO

| | | |
|---|---|---|
| 1 | DATED: March 14, 2011 | KAHN, SOARES & CONWAY, LLP |
| 2 | | By: /s/ Ann Grottveit |
| 3 | | Jan Kahn, Esq.<br>Ann M. Grottveit, Esq.,<br>Attorneys for Plaintiff Andrew Smith Company |

DATED: March 14, 2011                           SMITHERS LAW FIRM

By: /s/ Mary Ann O'Hara
Ned Smithers, Esq.
Mary Ann O'Hara

and

Stephen P. McCarron, Esq.
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016

Attorneys for Defendants,
CHURCH BROTHERS, LLC; TRUE LEAF FARMS, LLC; THOMAS CHURCH; STEVE CHURCH and DAVID GILL; and Counterdefendants CHURCH BROTHERS, LLC and TRUE LEAF FARMS, LLC

Dated: March 14, 2011                           CLYDE PEARCE LAW

By: /s/ Clyde C. Pearce
Clyde C. Pearce,
Attorneys for Defendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments

## **ORDER**

Pursuant to Stipulation between the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that the Pretrial Status Conference currently scheduled to be held on March 25, 2011 at 10:30 a.m. be continued to **April 1, 2011 at 10:30.**

Dated: 3/22/11

*/s/ Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

F:\TIN\Andy Smith Litigation\Trial\Stipulation to Continue Trial\StiprePreTrialHearing.wpd

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW        3        Stipulation to Continue Status Conference