Effie F. Anastassiou, Esq. (SBN 96279)
Karli R. Jungwirth, Esq. (SBN 227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621
effieesq@salinasaglaw.com
karliesq@salinasaglaw.com

Attorneys for Defendants
Paul's Pak, Inc., Salvador Paul Tarantino; and Paul S. Tarantino,
for Counterclaimant Paul's Pak, Inc.; and
for Counterdefendants Paul's Pak, Inc., and Salvador Paul Tarantino

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL'S PAK, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> AND RELATED COUNTERCLAIMS ) <br> ) <br> _____ ) | Case No.:   5:08-CV-04802-RMW <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE FOR PAUL'S PAK, INC.'S MOTION TO STRIKE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, Counterdefendant and Counterclaimant Paul's Pak, Inc. ("Paul's Pak") and Defendant and Counterdefendant, Premium Fresh Farms, LLC ("Premium") hereby stipulate to an Order Enlarging Time for Premium to file an Opposition to Paul's Pak's Motion to Strike (the "Motion") Defendant and Counterdefendant Premium Fresh Farms, LLC's Answer to Paul's Pak, Inc.'s Second Amended Counterclaim ("Answer to SAX-C") and for Paul's Pak to reply to any Opposition filed by Premium.

Whereas, at the Case Management Conference in this case on April 1, 2011, the Court set a deadline of April 18, 2011 for Premium to oppose the Motion and a deadline of April 25, 2011 for Paul's Pak to file a reply to any opposition file by Premium.

Andrew Smith Company v. Paul's Pak, Inc., et al.
U.S.D.C., N.D.CA., Case No. 5:08-CV-04802-RMW               1

Stipulation re Motion to Strike
Briefing Schedule

Whereas, Premium and Paul's Pak have agreed to extend each of those deadlines by one week.

Therefore, IT IS HEREBY STIPULATED:

1. That Premium's opposition to the Motion be filed on or before April 25, 2011; and

2. That any reply to the opposition to the Motion by Paul's Pak be filed by May 2, 2011.

**SO STIPULATED.**

Dated: April 20, 2011                                ANASTASSIOU & ASSOCIATES

By:   /s/
Effie F. Anastassiou, Esq.
Attrorneys for Defendant, Counterdefendant and Counterclaimant Paul's Pak, Inc.

Dated: April 20, 2011                                CLYDE PEARCE LAW

By:   /s/
Clyde C. Pearce,
Attorneys for Defendants and Counterdefendants Ag Harvesting & Technologies, LLC, John D. Tamagni, Robert Elliott, James Tamagni, Richard Tamagni, Premium Fresh Farms, LLC, and ESV Investments

**ORDER**

Pursuant to Stipulation between the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that the deadline for Premium Fresh Farms, LLC to file its opposition to Paul's Pak's Motion to Strike Premium Fresh Farms, LLC's Answer to Paul's Pak, Inc.'s Second Amended Counterclaim is April 25, 2011 and the deadline for Paul's Pak, Inc. to file any reply to Premium Fresh Farms, LLC's opposition is May 2, 2011.

Dated: 5/6/2011

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

\\Lawserver\company\TIN\Andy Smith Litigation\Pleadings\Motion to Strike\Stipulation to Shorten Time.wpd