**E-filed on:** **5/11/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>Plaintiff,<br><br>v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMIT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>Defendants. | No. C-08-04802 RMW<br><br>ORDER DENYING PAUL'S PAK'S MOTION FOR ADMINISTRATIVE RELIEF |

Defendant, counter-claimant, and counter-defendant Paul's Pak requests entry of judgment against Premium Fresh Farms, LLC. The motion is denied in accordance with Rule 54(b) of the Federal Rules of Civil Procedure.

On November 17, 2010, the court found that defendant, counter-claimant, and counter-defendant Paul's Pak, Inc., was entitled to judgment as a matter of law in favor of its claim for breach of the 2007 Agreement by Premium Fresh Farms, LLC. The court denied the motion for

JUDGMENT
No. C-08-04802 RMW
MEC

attorney's fees and costs and determined that the total damage award on Paul's Pak's breach of contract claim against Premium Fresh is $1,620,046.86 as of August 19, 2010 with prejudgment interest accruing thereafter at the rate of $339.26 per day.

On November 18, 2010, defendant Salvador Tarantino, the sole owner and shareholder of Paul's Pak, filed for bankruptcy protection in the Northern District of California, triggering an automatic stay.  On November 22, 2010, Premium Fresh also filed for bankruptcy in the Northern District of California.  On February 7, 2011, the bankruptcy court granted Mr. Tarantino's motion for abandonment of his Paul's Pak stock, and the court entered an order discharging Mr. Tarantino on February 23, 2011.  On April 4, 2011, the bankruptcy court ordered relief from the stay in the Premium Fresh bankruptcy.  Now that the stays are no longer in effect with respect to Paul's Pak or Premium Fresh, Paul's Pak requests entry of judgment against Premium Fresh.

Rule 54(b) permits a court "to direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."  Otherwise, a decision or order that adjudicates fewer than all of the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties.  Id.  Paul's Pak offers no basis for the court to expressly determine there is no just reason for delay.  The request to enter judgment against Premium Fresh is denied without prejudice to reapplication if the requirements of 54(b) can be shown.

DATED:     5/10/11

_____
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-08-04802 RMW
MEC                                               2