Clyde C. Pearce, Esq. (SBN 159786)
Law Office of Clyde C. Pearce
144 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 754-4400
Facsimile: (831) 754-1201

*E-FILED - 8/9/11*

Attorney for Defendants and Counter-Defendants
PREMIUM FRESH FARMS, LLC; AG HARVESTING
& TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC;
JOHN D. TAMAGNI; JAMES S. TAMAGNI;
RICHARD TAMAGNI and ROBERT ELLIOTT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL'S PARK, INC;; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; CV INVESTMENTS, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMITT L. PFOST; JACK PARSON; STEVEN A. CINELLI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIMS. | Case No.: 5:08-CV-04802 RMW<br><br>STIPULATION AND [XXXXXXXXXX] ORDER TO DISMISS DEFENDANTS RICHARD TAMAGNI AND JAMES TAMAGNI |

Stipulation and XXXXXX Order for Dismissal of Richard Tamagni and James Tamagni
*ANDREW SMITH CO. v PAUL'S PAK et al./Case No. 5:08-CV-04802 RMW*

1

**IT IS HEREBY STIPULATED** by and between the parties and their respective attorneys of record that Defendants Richard Tamagni ("Richard Tamagni") and James Tamagni ("James Tamagni") be dismissed from the above matter based upon the following grounds:

1. Richard Tamagni and James Tamagni had no direct involvement in the day-to-day business operations of Premium Fresh Farms (hereinafter "PFF"). They held no formal management positions at PFF, nor did they exercise any management control of PFF.

2. Additionally, Richard Tamagni and James Tamagni did not hold more than ten percent (10 %) ownership in PFF. Therefore, under the PACA statute, 7 U.S.C. section 499a (9)(A)(B), Richard Tamagni and James Tamagni are not "responsibly connected" to PFF.

3. No party to this action has sought or propounded any discovery on Richard Tamagni or James Tamagni, nor has any party scheduled the deposition testimonies of either Richard Tamagni or James Tamagni.

4. No party will be prejudiced by the dismissals without prejudice of Richard Tamagni and James Tamagni.

5. Based on the similar terms and conditions which were previously presented before this Court on October 22, 2010, and the Court's granting of the dismissal of Paul S. Tarantino, the parties have stipulated and agreed that Richard Tamagni and James Tamagni be dismissed without prejudice as Defendants from the pending action.

**SO STIPULATED.**

Dated: 7/14/11

LAW OFFICES OF CLYDE C. PEARCE

By: _____
Clyde C. Pearce, Esq., Attorney for
PREMIUM FRESH FARMS, LLC; AG
HARVESTING & TECHNOLOGIES,
LLC; ESV INVESTMENTS, LLC;
JOHN D. TMAGNI; JAMES S.
TAMAGNI; RICHARD TAMAGNI and
ROBERT ELLIOTT

Dated:                        KAHN, SOARES & CONWAY, LLP

                              By: _____
                                  Ann M. Grotveit, Esq., Attorneys
                                  for ANDREW SMITH COMPANY, a
                                  general partnership

Dated:                        SMITHERS LAW FIRM


                              By: _____
                                  Edward W. Smithers, Esq.,
                                  Attorneys for STEVE CHURCH,
                                  THOMAS CHURCH, DAVID GILL,
                                  CHURCH BROTHERS, LLC, and
                                  TRUE LEAF FARMS, LLC

Dated:                        ANASTASSIOU & ASSOCIATES


                              By: _____
                                  Effie F. Anastassiou, Esq.,
                                  Attorneys for PAUL's PAK, INC.,
                                  SALVADOR PAUL TARANTINO,
                                  PAUL S. TARANTINO, and JOHN L.
                                  SIMMONS


## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendants Richard Tamagni and James Tamagni are dismissed without prejudice from the above matter.

Dated:


                              _____
                              UNITED STATES DISTRICT COURT JUDGE


Stipulation and XXXXXX | Order for Dismissal of Richard Tamagni and James Tamagni
*ANDREW SMITH CO. v PAUL'S PAK et al./Case No. 5:08-CV-04802 RMW*

| | |
|---|---|
| Dated: | KAHN, SOARES & CONWAY, LLP |
| | By:_____<br>Ann M. Grottveit, Esq., Attorneys for ANDREW SMITH COMPANY, a general partnership |
| Dated: 6/22/11 | SMITHERS LAW FIRM |
| | By: _[signature]_____<br>Edward W. Smithers, Esq.,<br>Attorneys for STEVE CHURCH, THOMAS CHURCH, DAVID GILL, CHURCH BROTHERS, LLC, and TRUE LEAF FARMS, LLC |
| Dated: | ANASTASSIOU & ASSOCIATES |
| | By:_____<br>Effie F. Anastassiou, Esq.,<br>Attorneys for PAUL's PAK, INC., SALVADOR PAUL TARANTINO, PAUL S. TARANTINO, and JOHN L. SIMMONS |

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendants Richard Tamagni and James Tamagni are dismissed without prejudice from the above matter.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [xxxxx] Order for Dismissal of Richard Tamagni and James Tamagni
*ANDREW SMITH CO. v PAUL'S PAK et al./Case No. 5:08-CV-04802 RMW*

3

| | | |
|---|---|---|
| 1 | Dated: | KAHN, SOARES & CONWAY, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Ann M. Grottveit, Esq., Attorneys for ANDREW SMITH COMPANY, a general partnership |
| 6 | | |
| 7 | Dated: | SMITHERS LAW FIRM |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Edward W. Smithers, Esq., Attorneys for STEVE CHURCH, THOMAS CHURCH, DAVID GILL, CHURCH BROTHERS, LLC, and TRUE LEAF FARMS, LLC |
| 11 | | |
| 12 | Dated: 6/20/11 | ANASTASSIOU & ASSOCIATES |
| 13 | | |
| 14 | | By: _____[signature]_____ |
| 15 | | Ehne P. Anastassiou, Esq., Attorneys for PAUL's PAK, INC., SALVADOR PAUL TARANTINO, PAUL S. TARANTINO, and JOHN L. SIMMONS |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants Richard Tamagni and James Tamagni are dismissed without prejudice from the above matter.

Dated: 8/9/11

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [XXXXX] Order for Dismissal of Richard Tamagni and James Tamagni
*ANDREW SMITH CO. v PAUL'S PAK et al./Case No. 5:08-CV-04802 RMW*
3