Clyde C. Pearce, Esq. (SBN 159786)
Law Office of Clyde C. Pearce
144 West Gabilan Street
Salinas, CA  93901
Telephone:  (831) 754-4400
Facsimile:   (831) 754-1201

Attorney for Defendants/Counterdefendants/Counterclaimants
PREMIUM FRESH FARMS, LLC; AG HARVESTING
& TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC;
JOHN D. TAMAGNI; JAMES S. TAMAGNI;

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership<br><br>Plaintiff,<br><br>vs.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:08-CV-04802-RMW<br><br>**STIPULATION TO CONTINUE TRIAL DUE TO MEDICAL ILLNESS OF COUNSEL CLYDE C. PEARCE AND [PROPOSED] ORDER THEREON** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff, ANDREW SMITH COMPANY ("Plaintiff" or "Andrew Smith") and Defendants, PAUL'S PAK, INC. ("Paul's Pak"), PREMIUM FRESH FARMS, LLC ("Premium Fresh"); AG HARVESTING & TECHNOLOGIES, LLC ("Ag Harvesting"); ESV INVESTMENTS, LLC ("ESV"); EMMITT L. PFOST ("Pfost"); JOHN D. TAMAGNI ("Tamagni"); ROBERT ELLIOTT ("Elliott"); STEVE CHURCH; THOMAS CHURCH;

DAVID GILL; CHURCH BROTHERS, LLC ("Church Brothers"); and TRUE LEAF FARMS, LLC ("True Leaf") (collectively "Defendants"), and their counsel of record that the above captioned action be continued and in support thereof state as follows:

1. On September 15, 2011 Mr. Pearce had an appointment with his physician. During this appointment his physician diagnosed him as having multiple medical problems requiring new medication.

2. As a result of these medical problems, Mr. Pearce's physician prescribed three weeks of rest at home and avoidance of all stress until October 10, 2011.

3. Based on the foregoing, the parties stipulate that the trial now set to begin September 28, 2011, in this Court be taken off calendar and continued to December 5, 2011, and that the Court also reset the hearing dates for the Pretrial Conference and Motions in Limine.

4. A status conference to confirm the December 5, 2011 trial will be held on Friday, October 21, 2011 at a time and in a manner to be determined by the Court.

**SO STIPULATED:**

Dated: 9/20/11                                KAHN, SOARES & CONWAY, LLP

                                              By: _____/s/_____
                                              Jan L. Kahn
                                              Ann M. Grottveit
                                              Attorneys for Plaintiff and Counterdefendant
                                              ANDREW SMITH COMPANY

///
///
///

Stipulation for Continuance and [Proposed] Order         2         Case No. 5:08-CV-04802-RMW

```
 1  Dated: Sept. 19, 2011          ANASTASSIOU & ASSOCIATES
 2
 3                                 By: _____
 4                                    Effie F. Anastassiou
                                      Attorneys for Defendant and Counterclaimaint,
 5                                    PAUL S PAK, INC.
 6
 7  Dated: _____        SMITHERS LAW FIRM
 8
 9                                  By: _____
                                       Edward W. Smithers
10
                                    And
11
                                    Stephen McCarron
12                                  MCCARRON & DIESS
                                    4900 Massachusetts Avenue, NW
13                                  Washington, DC  20016
14
                                    Attorneys for Defendants,
15                                  CHURCH BROTHERS, LLC, TRUE LEAF
                                    FARMS, LLC, THOMAS CHURCH, STEVE
16                                  CHURCH and DAVID GILL
17
18
19  Dated: 9/20/11                  LAW OFFICES OF CLYDE PEARCE
20
21
                                    By: _____/s/_____
22                                      Clyde Pearce
                                        Attorneys for Defendants,
23                                      AG HARVESTING & TECHNOLOGIES, LLC,
                                        JOHN D. TAMAGNI, ROBERT ELLIOTT,
24                                      JAMES TAMAGNI, RICHARD TAMAGNI,
25                                      PREMIUM FRESH FARMS, LLC and
                                        ESV INVESTMENTS
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: _____ | ANASTASSIOU & ASSOCIATES |

By: _____
Effie F. Anastassiou
Attorneys for Defendant and Counterclaimaint,
PAUL'S PAK, INC.

Dated: 9/20/11

SMITHERS LAW FIRM

By: *Mary Ann O'Hara* (signature)
Edward W. Smithers

And

Stephen McCarron
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016

Attorneys for Defendants,
CHURCH BROTHERS, LLC, TRUE LEAF FARMS, LLC, THOMAS CHURCH, STEVE CHURCH and DAVID GILL

Dated: _____

LAW OFFICES OF CLYDE PEARCE

By: _____
Clyde Pearce
Attorneys for Defendants,
AG HARVESTING & TECHNOLOGIES, LLC, JOHN D. TAMAGNI, ROBERT ELLIOTT, JAMES TAMAGNI, RICHARD TAMAGNI, PREMIUM FRESH FARMS, LLC and ESV INVESTMENTS

## ORDER

Pursuant to stipulation between the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED,** that trial in this matter shall not go forward on September 28, 2011, and shall be continued to December 5, 2011. Additionally, the dates for the Pretrial Conference and hearing on Motions in Limine shall be reset accordingly.

DATED: ~~JUNE~~

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

V@ ÁÚ¦^dãæ¼ÁÔ[}^¦^}&^¦ÁÀ^oÁ¦¦Á
Þ[ç^{à^¦ÁFÏÊGEFFÁOÁG¼€ÁÊÈÁ