Jan L. Kahn, SBN 055788
Ann M. Grottveit, SBN 256349
KAHN, SOARES & CONWAY, LLP
219 No. Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348
e-mail: jkahn@kschanford.com
       agrottveit@kscsacramento.com

Attorneys for Plaintiff and Counterdefendant,
ANDREW SMITH COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:08-CV-04802-RMW<br><br>STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT PAUL'S PAK, INC. IN FAVOR OF PLAINTIFF, ANDREW SMITH COMPANY |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff, ANDREW SMITH COMPANY ("Plaintiff" or "ANDREW SMITH") and Defendant, PAUL'S PAK, INC. ("PAUL'S PAK"), and their counsel of record that Judgment be entered against Defendant PAUL'S PAK in the above-captioned action as follows:

1. Plaintiff is a valid trust beneficiary of Defendant PAUL'S PAK pursuant to 7 U.S.C. §499e(c), in the principal amount of $1,909,343.90 as a result of PAUL'S PAK failing to maintain PACA trust assets to pay Plaintiff promptly under 7 U.S.C. §499b(4) and e(c)(2);

2. Plaintiff shall recover from Defendant PAUL'S PAK the amount of $1,635,945.23, for bulk produce purchased from Plaintiff for the transactions described in **Exhibit "K"** attached to the Second Amended Counterclaim, and the amount of $273,398.67, for carton packed produce purchased from Plaintiff ANDREW SMITH, for the transactions described in **Exhibit "L"** attached to the Second Amended Counterclaim, for a total amount of $1,909,343.90. Pursuant to the invoices issued by Plaintiff to PAUL'S PAK, late charges are owed on the past due principal amount of $1,909,343.90 at the rate of eighteen percent (18%) per annum in the total amount of $755,143.97, through December 1, 2010. In addition, pursuant to the invoices issued by Plaintiff to PAUL'S PAK, the parties stipulate and agree that PAUL'S PAK owes attorneys' fees and costs to Plaintiff for its actions taken to recover the amounts due for the produce sold by Plaintiff to PAUL'S PAK, in the total amount of $486,206.14. Thus, as of December 1, 2010, the total amount owed by PAUL'S PAK to Plaintiff, including past due principal, late charges, attorneys' fees and costs is $3,150,694.01, and interest shall accrue thereafter on said amount at the rate of ten percent (10%) per annum, which is a daily rate of $867.00, until such amount is paid in full.

3. Any affirmative claims, including rights of set off, alleged by PAUL'S PAK in its Second Amended Counterclaim against Plaintiff, shall be applied against any additional amounts alleged by Plaintiff in its Second Amended Complaint to be owed

by PAUL'S PAK to Plaintiff, including, without limitation amounts owed for walk-bys of lettuce that should have been harvested under the contracts between Plaintiff and PAUL'S PAK, and moving expenses from Yuma, Arizona, and that the foregoing claims therefore cancel each other out, so that no remaining amounts are owed by one party to the other party.

4. Defendant PAUL'S PAK waives any and all rights to appeal from this Judgment entered;

5. By signing this Stipulation below on behalf of the parties, the undersigned represent and warrant that they have all requisite authority to bind the parties to the terms of this Stipulation;

6. This Stipulation may be executed in any number of counterparts with same effect as if all signatories had signed the same documents. All counterparts must be construed together to constitute one instrument.

7. In the event any action is brought by either party to enforce the Stipulated Judgment, the prevailing party shall be entitled to recover its costs and attorney fees as determined by the Court.

SO STIPULATED:

Dated: August 11, 2011

KAHN, SOARES & CONWAY, LLP

By: _____
Jan L. Kahn
Ann M. Grottveit
Attorneys for Plaintiff and Counterdefendant
ANDREW SMITH COMPANY

Dated: Aug. 11, 2010     ANASTASSIOU & ASSOCIATES

By: _____
Effie Anastassiou
Attorneys for Defendant and Counterclaimant,
PAUL'S PAK, INC.

## ORDER

Pursuant to stipulation between the parties of Plaintiff, ANDREW SMITH COMPANY ("Plaintiff"), on the one hand, and Defendant and Counterclaimant PAUL'S PAK, INC. ("PAUL'S PAK"), on the other hand, and good cause appearing therefore, this Court finds that there is no just reason for delay and hereby orders that judgment in the above-captioned action be entered as follows:

1. Plaintiff is a valid trust beneficiary of Defendants pursuant to 7 U.S.C. §499e(c), in the principal amount of $1,909,343.90.

2. That Plaintiff shall recover from Defendant PAUL'S PAK the amount of $1,497,364.94, for bulk produce purchased from Plaintiff for the transactions described in **Exhibit "K"** attached to the Second Amended Counterclaim, and the amount of $273,398.67, for carton packed produce purchased from Plaintiff ANDREW SMITH, for the transactions described in **Exhibit "L"** attached to the Second Amended Counterclaim, for a total amount of $1,909,343.90. That pursuant to the invoices issued by Plaintiff to PAUL'S PAK, late charges are owed on the past due principal amount of $1,909,343.90 at the rate of eighteen percent (18%) per annum in the total amount of $755,143.97, through December 1, 2010. In addition, pursuant to the

invoices issued by Plaintiff to PAUL'S PAK, the parties stipulate and agree that PAUL'S PAK owes attorneys' fees and costs to Plaintiff for its actions taken to recover the amounts due for the produce sold by Plaintiff to PAUL'S PAK, in the total amount of $486,206.14. Thus, as of December 1, 2010, the total amount owed by PAUL'S PAK to Plaintiff, including past due principal, late charges, attorneys' fees and costs is $3,150,694.01 and interest shall accrue thereafter on said amount at the rate of ten percent (10%) per annum, which is a daily rate of $867.00, until such amount is paid in full.

3. In the event any action is brought by either party to enforce the Stipulated Judgment, the prevailing party shall be entitled to recover its costs and attorney fees as determined by the Court.

DATED: ~~JDGEDF~~

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA