**E-FILED on** 3/20/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, a general partnership,<br><br>Plaintiff,<br><br>v.<br><br>PAUL'S PAK, INC.; PREMIUM FRESH FARMS, LLC; PDP & ASSOCIATES, LLC; AG HARVESTING & TECHNOLOGIES, LLC; ESV INVESTMENTS, LLC; SALVADOR PAUL TARANTINO; PAUL S. TARANTINO; JOHN L. SIMMONS; EMMIT L. PFOST; JACK PARSON; STEVEN A. CINELLI; JOHN D. TAMAGNI; ROBERT ELLIOTT; JAMES S. TAMAGNI; RICHARD TAMAGNI; STEVE CHURCH; THOMAS CHURCH; DAVID GILL; CHURCH BROTHERS, LLC; and TRUE LEAF FARMS, LLC,<br><br>Defendants. | No. C-08-04802 RMW<br><br>ORDER GRANTING PAUL'S PAK, INC.'S MOTION IN LIMINE NO. 1<br><br>[Re Docket No. 302] |

Paul's Pak, Inc. ("PPI") moves in limine for an order excluding the testimony of Randy Sugarman, a damages expert designated by Steve Church, Thomas Church, David Gill, Church Brothers, LLC, and True Leaf Farms, LLC (collectively, the "Church Defendants"). The Church Defendants filed a conditional non-opposition to PPI's motion and appear to concede that Mr.

1  Sugarman never submitted an expert report as required by Fed. R. Civ. P. 26.  Accordingly, the
2  motion is GRANTED.
3      The court does not address the Church Defendants' "condition" for non-opposition, relating
4  to plaintiff Andrew Smith Company's ability to put on a damages expert, as that issue was not
5  properly raised in a motion.

8  DATED:    March 20, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

ORDER GRANTING PAUL'S PAK, INC.'S MOTION IN LIMINE NO. 1—No. C-08-04802 RMW
LJP                                                                2