Edward W. Smithers (121268)
Mary Ann O'Hara (136379)
Maureen L. Tabari (132359)
SMITHERS LAW FIRM
160 West Santa Clara Street, Suite 1025
San Jose, CA 95113-1700
(408) 271-1200 (telephone)
(408) 271-1201 (facsimile)
ews@smitherslf.com
mao@smitherslf.com

Stephen P. McCarron
MCCARRON & DIESS
4900 Massachusetts Avenue, NW
Washington, DC 20016
Tel: 202-364-0400
Fax: 202-364-2371
smccarron@mccarronlaw.com

Attorneys for Defendants and Counterdefendants,
CHURCH BROTHERS, LLC and
TRUE LEAF FARMS, LLC and Defendants Tom Church,
Steve Church and David Gill

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL'S PAK, INC. et al.,<br><br>Defendants<br>AND RELATED COUNTERCLAIMS | Case No. 5:08-CV-04802-RMW<br><br>[~~PROPOSED~~] ORDER AFTER PRE-TRIAL CONFERENCE ALLOWING PROJECTOR AND SCREEN |

A Pre-trial Conference was held in this matter on April 12, 2012. Based upon the agreement of the parties, it is hereby ordered as follows:

Edward Smithers and Mary Ann O'Hara, counsel for Church Defendants, are hereby granted permission to bring an Elmo projector and screen through security and into

1  Courtroom 6 for use at trial in this matter by all counsel.

3  IT IS SO ORDERED.

4  DATED: _____

The Honorable Ronald Whyte
United States District Court Judge